## Commonwealth *v.* Dickinson, Appellant.

Submitted June 14, 1971. *Joseph J. Lombardo,* and *Lombardo & Hummer,* for appellant; *D. Richard Eckman,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Dunn, Appellant.

Argued June 14, 1971. *Clyde R. Bomgardner,* for appellant; *H. Brown Fry,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.